## Q.

QUI TAM—See Jurisdiction 8.    Abatement 10.

## R.

RECEIPTOR—See Notice 1.

## RECOGNIZANCE.

### ANONYMOUS. *Caledonia,* 1816.

ACTION of debt lies on a *recognizance* taken by a Judge, (according to the Statute,) on issuing an audita querela, though the recognizance had not been returned into Court.

See Forfeiture 2.    Jurisdiction 1.